**Order filed, October 08, 2014.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-14-00697-CV

—————————

**NATHAN HILTON, M.D, Appellant**

**V.**

**NEVILLYN WETTERMARK, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-48056**

---

## ORDER

The reporter's record in this case was due **October 06, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kimberly Kidd**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM